IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DORIS WAYNE MALONE, #L4056**                                               **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 1:08-cv-224-LG-RHW**

**MIKE BYRD AND**
**KEN BROADUS**                                                      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 22nd day of October, 2008.

                                                    s/ *Louis Guirola, Jr.*
                                                    LOUIS GUIROLA, JR.
                                                    UNITED STATES DISTRICT JUDGE